UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD GARCIA,

        **Plaintiff,**

    v.                             Case No.:  5:25-cv-00754-JSS-PRL

REMINGTON'S PRIME OCALA, LLC,

        **Defendant,**

                                      /

### ORDER

This employment discrimination case is before the Court for consideration of related pending motions. First, on March 13, 2026, Plaintiff Edward Garcia, acting pro se, filed a motion to extend time, "admonish counsel," and "assert Rule 2.02." (Doc. 14). Next, on March 16, 2026, Plaintiff's counsel filed a motion to withdraw as counsel for Plaintiff. (Doc. 15).

Plaintiff's counsel, Kyle Lee, Esq., recites that irreconcilable differences have arisen between counsel and his client, Plaintiff Edward Garcia. (Doc. 15). The motion to withdraw is not opposed by Defendant. Meanwhile, Plaintiff Edward Garcia's own motion (Doc. 14) reflects his desire to terminate his attorney-client relationship with Mr. Lee, as he contends that he will be making a Florida Bar complaint against Mr. Lee as well as filing a legal malpractice suit. (Doc. 14). Plaintiff also requests that the Court permit him a reasonable amount of time to find new counsel to take the case. (Doc. 14).

Accordingly, upon due consideration, it is ORDERED that:

(1) The motion to withdraw on behalf of Kyle Lee, Esq., (Doc. 15) is **GRANTED**.

    Mr. Lee is hereby relieved of further responsibility for the representation of Plaintiff

in this case, and the Clerk is directed to remove him from the CM/ECF filing for this case.

(2) Plaintiff's motion for a reasonable amount of time to find counsel (Doc. 14) is GRANTED to the limited extent explained in this Order and is otherwise DENIED.  **By written notice filed on or before April 30, 2026**, Plaintiff shall advise the Court of whether he has obtained new counsel or whether he will proceed pro se in this matter.

(3) Meanwhile, Plaintiff is cautioned that despite proceeding pro se, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http:w.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on March 30, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties